Rel: May 9, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0772

LaMenga K. Ford v. Guardian Tax AL, LLC (Appeal from Jefferson Circuit Court: CV-21-901207).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Mendheim, and Cook, JJ., concur.